# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| KEVIN KUNLAY WILLIAMS, | ) |
| Petitioner, | ) |
| v. | ) No. 4:18 CV 1480 RWS |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

As petitioner's case is currently on appeal,

**IT IS HEREBY ORDERED** that Kevin Kunlay Williams' motion to reopen his motion to vacate, set aside or correct his sentence under 28 U.S.C. § 2255 [12] is denied.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 19th day of January, 2021.